248 So.2d 830

**STATE of Louisiana**

**v.**

**John Edward POLK.**

**No. 51503.**

June 16, 1971.

In re: John Edward Polk applying for writs of certiorari and habeas corpus.

Writs denied: Considering the application and the showing made at the evidentiary hearing in the trial court, the application is denied, since the defendant had effective assistance of counsel at the time he pleaded guilty.